# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-1579 SJO (MRWx) | Date | August 19, 2016 |
|---|---|---|---|
| Title | Hiossen v. Kim | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 63.) The Court accepts and ENTERS the proposed order subject to the following:

1.  ¶ 6.3 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions. The parties may not resort to the separately-filed motion procedure under Rule 7 without advance permission from the Court.

2.  Footnote 1 – The Court declines to adopt the parties' two-strikes-and-the-burden-shifts provision. Instead, the Court will closely patrol the issue sof serial filing of motions <u>and</u> excessive confidentiality designations with an eye on the remedial and punitive procedures contained in Federal Rule of Civil Procedure 37.