1  Jeffrey M. Goldman (SBN 233840)
       E-mail: goldmanj@pepperlaw.com
2  Matthew H. Ladner (SBN 284594)
       E-mail: ladnerm@pepperlaw.com
3  Charles C. Marion (*pro hac vice*)
       E-mail: marionc@pepperlaw.com
4  **PEPPER HAMILTON LLP**
   4 Park Plaza, Suite 1200
5  Irvine, California 92614
   Telephone: 949.567.3568
6  Fax: 949.863.0151

7  Attorneys for Plaintiff HIOSSEN, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIOSSEN, INC., | Case No. 2:16-cv-01579-SJO-MRW |
| Plaintiff, | **ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS CASE; FRCP 41(a)(l)(A)(ii)** |
| v. | |
| EUGENE KIM and DENTIS USA CORPORATION, | Before Hon. S. James Otero |
| Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS CASE**

On due and proper consideration of the Stipulation filed by Plaintiff HIOSSEN, INC. and Defendants EUGENE KIM and DENTIS USA CORPORATION (collectively, the "Parties"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

(i) this entire action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii);

(ii) the Court shall retain jurisdiction to enforce the terms of the Parties' written confidential settlement agreement dated January 26, 2017 (the "Settlement Agreement");

(iii) upon the occurrence of Dentis USA Corporation's default and failure to cure the same, as contemplated by the Settlement Agreement, Hiossen, Inc. shall be entitled to the *ex parte* entry of judgment in accordance with the terms of the Settlement Agreement; and

(iv) each Party is to bear its or his own court costs and attorneys' fees incurred in this litigation, subject to and except for as otherwise provided in the Settlement Agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 17, 2017__        _____
                                                          *S. James Otero*
                                                          Honorable S. James Otero
                                                          United States District Judge